IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMETRIUS CURTIS,

   Plaintiff,

     v.

ASTRA GRADING & PIPE,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-3319-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the action as untimely filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 21 day of May, 2018.

                  /s/Thomas W. Thrash
                  THOMAS W. THRASH, JR.
                  United States District Judge